**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

KEITH JOSEPH REYNOLDS,                                                                    PLAINTIFF
ADC #141463

v.                                    3:10-cv-00284-BSM-JTK

OFFICER CLARK, Jailer                                                                    DEFENDANT

**ORDER**

On November 15, 2010, this Court directed the issuance of summons and service of

Plaintiff's Complaint on Defendant Clark (Doc. No. 3).   Summons was returned, unexecuted, on

December 1, 2010, and included a notation that Officer Clark is no longer employed at the

Crittenden County Jail.   Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff shall file a new address for Defendant Clark

within 15 days of the date of this Order.  Failure to respond to this Order may result in the dismissal

without prejudice of this Complaint, pursuant to Local Rule 5.5(c)(2).

IT IS SO ORDERED this 8th day of December, 2010.

_____
     JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE