UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**KEITH JOSEPH REYNOLDS,**                                                                   **PLAINTIFF**
**ADC #141463**

v.                                   CASE NO. 3:10cv00284 BSM/JTK

**CLARK, Jailer, Crittenden**
**County Detention Center**                                                                  **DEFENDANT**

## JUDGMENT

Pursuant to the memorandum and order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 10th day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE